# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF on behalf of themselves and others similarly situated, | Case No. 0:20-cv-01502 (JRT/HB) |
| Plaintiffs, | **UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |
| v. | |
| MIRACLE-EAR, INC. | |
| Defendant. | |

Defendant Miracle-Ear, Inc. hereby moves the Court, pursuant to Federal Rule of Civil Procedure 14(a)(1), for leave to file a third-party complaint against proposed third-party defendants Las Davis Enterprises, Inc., HearingPro, Inc., and Tiffany Davis.

This Motion is based upon all the files, records, and proceedings in this matter, including the memorandum of law that will be filed and served in accordance with Local Rule 7.1, and the arguments of counsel. This motion is unopposed.

Dated: November 3, 2020

s/ Nathan Brennaman
Erin L. Hoffman
Bar Number 0387835
Nathan Brennaman
Bar Number 0331776
Attorneys for Defendant
  *Miracle-Ear, Inc.*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
erin.hoffman@faegredrinker.com
nate.brennaman@faegredrinker.com