# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIRACLE-EAR, INC.<br><br>Defendant. | Case No. 0:20-cv-01502 (JRT/HB)<br><br>**NOTICE OF HEARING ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |

**PLEASE TAKE NOTICE** that, on a date and time to be determined by the court, Defendant Miracle-Ear, Inc. will bring its Unopposed Motion for Leave to File Third-Party Complaint before the Honorable Hildy Bowbeer, Magistrate Judge. The parties agree that no hearing is needed. Should there be a hearing, however, it will take place by Zoom.gov videoconference, with login information to be provided by the Court.

Dated: November 3, 2020

s/ Nathan Brennaman
Erin L. Hoffman
Bar Number 0387835
Nathan Brennaman
Bar Number 0331776
Attorneys for Defendant
 *Miracle-Ear, Inc.*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
erin.hoffman@faegredrinker.com
nate.brennaman@faegredrinker.com