# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF on behalf of themselves and others similarly situated, | Case No. 0:20-cv-01502 (JRT/HB) |
| Plaintiffs, | **DEFENDANTS' MEET-AND-CONFER STATEMENT** |
| v. | |
| MIRACLE-EAR, INC. | |
| Defendant. | |

I, Nate Brennaman, representing Defendant Miracle-Ear, Inc. ("Defendant" or "Miracle-Ear") hereby certify that on Friday, October 30, 2020, I met and conferred by telephone with Anthony Paronich, counsel for Plaintiffs Mildred Baldwin and Ronald Struckhoff, and discussed Defendant's Motion for Leave to File Third-Party Complaint. Plaintiffs' counsel stated that Plaintiffs do not oppose the motion.

Dated: November 3, 2020

s/ Nate Brennaman
Erin L. Hoffman
Bar Number 0387835
Nathan Brennaman
Bar Number 0331776
Attorneys for Defendant
  *Miracle-Ear, Inc.*
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
erin.hoffman@faegredrinker.com
nate.brennaman@faegredrinker.com