# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF on behalf of themselves and others similarly situated, | Case No. 0:20-cv-01502 (JRT/HB) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |
| v. | |
| MIRACLE-EAR, INC. | |
| Defendant. | |

This matter is before the Court on Defendant Miracle-Ear, Inc.'s Motion for Leave to File Third-Party Complaint [Dkt. #31].

Based upon all of the files, records, and proceedings, and arguments of counsel, this Court finds that Miracle-Ear should be permitted to implead the proposed third-party defendants.

Therefore, **IT IS HEREBY ORDERED** that Defendant Miracle-Ear, Inc.'s Motion for Leave to File Third-Party Complaint is **GRANTED** and it may file a third-party complaint against third-party defendants Las Davis Enterprises, Inc., HearingPro, Inc., and Tiffany Davis.

Dated: _____, 2020.   _____
The Honorable Hildy Bowbeer
Magistrate Judge, United States District Court,
District of Minnesota