# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mildred Baldwin and Ronald Struckhoff, on behalf of themselves and others similarly situated, | Civil No. 20-cv-1502 (JRT/HB) |
| Plaintiffs, | **ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT** |
| v. | |
| Miracle-Ear, Inc., | |
| Defendant. | |

This matter is before the Court on Defendant Miracle-Ear, Inc.'s Unopposed Motion for Leave to File Third-Party Complaint (ECF No. 31). Having reviewed the motion and supporting documents, and based upon all of the files, records, and proceedings, and arguments of counsel,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to File Third-Party Complaint (ECF No. 31) is **GRANTED**. Defendant Miracle-Ear, Inc. shall file its Third-Party Complaint Against Las Davis Enterprises, Inc., HearingPro, Inc., and Tiffany Davis, in the form attached as Exhibit A (ECF No. 35-1) to the Declaration of Nathan Brennaman (ECF No. 35), on or before **November 9, 2020**. Defendant shall promptly begin efforts to serve the third-party defendants.

Dated: November 6, 2020      s/ *Hildy Bowbeer*
                                                   HILDY BOWBEER
                                                   United States Magistrate Judge