| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
| MILDRED BALDWIN and<br>RONALD STRUCKOFF, on<br>behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC.,<br><br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>LAS DAVIS ENTERPRISES, INC.;<br>HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>  Third-Party Defendants. | CASE NO. 0:20-cv-01502 (JRT/HB)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Based upon the stipulation of the parties (ECF No. 48), IT IS HEREBY ORDERED that Third-Party Defendant TIFFANY DAVIS is granted an extension of time until and including January 5, 2021, to respond to Defendant/Third-Party Plaintiff's Third Party Complaint Against Las Davis Enterprises, Inc., Hearingpro, Inc. and Tiffany Davis.

Dated   , 2020

                _____
                The Honorable Hildy Bowbeer
                Magistrate Judge, United States
                District Court, District of Minnesota