# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKOFF, on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC.,<br><br>　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>　　Third-Party Defendants. | CASE NO. 0:20-cv-01502 (JRT/HB)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Based upon the stipulation of the parties (ECF No. 50), IT IS HEREBY ORDERED that Third-Party Defendant HEARINGPRO, INC. is granted an extension of time until and including January 5, 2021, to respond to Defendant/Third-Party Plaintiff's Third Party Complaint Against Las Davis Enterprises, Inc., Hearingpro, Inc. and Tiffany Davis.

Dated　　　　　, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Hildy Bowbeer
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge, United States
　　　　　　　　　　　　　　　　　　　　　　　District Court, District of Minnesota