| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MINNESOTA | |
| MILDRED BALDWIN and<br>RONALD STRUCKOFF, on<br>behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>LAS DAVIS ENTERPRISES, INC.;<br>HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>    Third-Party Defendants. | CASE NO. 0:20-cv-01502 (JRT/HB)<br><br>**LAS DAVIS ENTERPRISES, INC.'s STIPULATION FOR EXTENSION OF TIME** |

Defendant/Third-Party Plaintiff MIRACLE-EAR, INC. and Third-Party Defendant LAS DAVIS ENTERPRISES, INC. hereby stipulate to an extension of time, should the Court agree, that Third-Party Defendant may have until and including January 5, 2021, to respond to Defendant/Third-Party Plaintiff's Third Party Complaint Against Las Davis Enterprises, Inc., Hearingpro, Inc. and Tiffany Davis. Third-Party Defendant requires additional time to prepare an appropriate response. No party will be prejudiced by the extension sought herein. The Court may enter the Order submitted with this Stipulation without further notice or hearing.

Dated: December 1, 2020

| | |
|---|---|
| /s/ *Erin Hoffman* | /s/ *Jennifer L. Olson* |
| **ERIN HOFFMAN** | **JENNIFER L. OLSON** |
| Bar No: 0387835 | Bar No: 0391356 |
| Attorney for Miracle-Ear Inc. | Attorney for Third-Party Defendants |
| FAEGRE DRINKER BIDDLE & REATH LLP | Las Davis Enterprises, Inc., HearingPro, Inc., and Tiffany Davis |
| 2200 Wells Fargo Center | BEST & FLANAGAN LLP |
| 90 South Seventh Street | 60 South 6th Street |
| Minneapolis, MN 55402-3901 | Suite 2700 |
| Telephone: 612.766.7000 | Minneapolis, MN 55402 |
| Fax: 612.766.1600 | Phone Number: 612.339.7121 |
| Erin.hoffman@faegredrinker.com | jolson@bestlaw.com |