**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKOFF, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>Third-Party Defendants. | CASE NO. 0:20-cv-01502 (JRT/HB)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Based upon the stipulation of the parties (ECF No. 52), IT IS HEREBY ORDERED that Third-Party Defendant LAS DAVIS ENTERPRISES, INC. is granted an extension of time until and including January 5, 2021, to respond to Defendant/Third-Party Plaintiff's Third Party Complaint Against Las Davis Enterprises, Inc., Hearingpro, Inc. and Tiffany Davis.

Dated            , 2020

_____
The Honorable Hildy Bowbeer
Magistrate Judge, United States
District Court, District of Minnesota