# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKOFF, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLE-EAR, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>Third-Party Defendants. | CASE NO. 0:20-cv-01502 (JRT/HB)<br><br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |

Based upon the stipulations of the parties (ECF Nos. 48, 50, 52), IT IS HEREBY ORDERED that Third-Party Defendants LAS DAVIS ENTERPRISES, INC., HEARINGPRO, INC., and TIFFANY DAVIS are each granted an extension of time until and including January 5, 2021, to respond to Defendant/Third-Party Plaintiff's Third-Party Complaint against them.

Dated: December 2, 2020

*s/ Hildy Bowbeer*
The Honorable Hildy Bowbeer
Magistrate Judge, United States