# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mildred Baldwin and Ronald Struckhoff, on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Miracle Ear, Inc.,<br><br>　　　　Defendant/Third Party Plaintiff,<br><br>v.<br><br>Las Davis Enterprises, Inc., HearingPro, Inc., and Tiffany Davis,<br><br>　　　　Third Party Defendants. | COURT MINUTES – CIVIL<br>BEFORE:  HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　　20-cv-1502 (JRT/HB)<br>Date:　　　　　December 15, 2020<br>Courthouse:　　Saint Paul<br>Courtroom:　　 Conference Bridge<br>Recording:　　　None<br>Time Commenced:　11:00 AM<br>Time Concluded:　12:15 PM<br>Time in Court:　1 Hour & 15 Minutes |

Hearing on:  **RULE 16 SCHEDULING CONFERENCE**

**APPEARANCES:**

　　Plaintiffs:　　Anthony Paronich, Catherine Smith

　　Defendants:　Erin Hoffman, Nathan Brennaman for Miracle-Ear, Inc.
　　　　　　　　Jennifer Olson, Lawren Zann for Davis defendants

**PROCEEDINGS:**

　　☐　In Person
　　☒　By telephone

**Other Remarks:**

　　Discussion of pretrial deadlines and early settlement – Pretrial Scheduling Order will be issued.

　　The Court encouraged the parties to consider possibilities for resolving the matter.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ *Judith M. Kirby*
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy