# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKOFF, on behalf of themselves and other similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>MIRACLE-EAR, INC.<br><br>Defendant/Third-Party Plaintiff<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>Third-Party Defendants. | Case No. 20-cv-1502 (JRT/HB)<br><br>**ORDER ON STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT** |

Pursuant to the Stipulation Granting Plaintiffs Leave to File Amended Complaint of Plaintiffs Mildred Baldwin and Ronald Struckhoff, Defendant Miracle-Ear, Inc. ("Miracle-Ear") and the Third-Party Defendants Las Davis Enterprises, Inc., HearingPro, Inc. ("HearingPro") and Tiffany Davis [ECF No. 71],

**IT IS HEREBY ORDERED** that:

1. Plaintiffs shall have leave to file a First Amended Complaint in the above-captioned action in the form attached to the Parties' stipulation.

2. Miracle-Ear and HearingPro are not deemed to have accepted or agreed to the allegations or claims asserted in the First Amended Complaint, and Miracle-Ear and HearingPro are not deemed to have waived any rights, recourses, and defenses with respect to Plaintiffs' First Amended Complaint and the claims and allegations asserted therein.

3. The current Pretrial Scheduling Order, [ECF No. 61], remains in effect.


Dated: March 1, 2021.             s/*Hildy Bowbeer*_____
                                               HILDY BOWBEER
                                               United States Magistrate Judge