## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>HEARINGPRO, INC.<br><br>  Defendant, and<br><br>MIRACLE-EAR, INC.,<br><br>  Defendant/Third-Party Plaintiff,<br>v.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS,<br><br>  Third-Party Defendants. | Case No. 0:20-cv-01502 (JRT/HB)<br><br>**STIPULATION TO DISMISS THIRD-PARTY DEFENDANT LAS DAVIS ENTERPRISES, INC. WITHOUT PREJUDICE** |

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Mildred Baldwin and Ronald Struckhoff, Defendant/Third-Party Plaintiff Miracle-Ear, Inc. ("Miracle-Ear"), Defendant/Third-Party Defendant HearingPro, Inc., Third-Party Defendant Las Davis Enterprises, Inc. ("Las Davis"), and Third-Party Defendant Tiffany Davis, (collectively, the "Parties") hereby stipulate and agree that all of Miracle-Ear's claims brought against Third-Party Defendant Las Davis in Miracle-Ear's Third-Party Complaint shall be dismissed without prejudice and without costs or disbursements to any party.  The Parties further stipulate that the Court may enter the proposed order submitted herewith without further notice or a hearing.

1

Stipulated to:

|  |  |
|---|---|
|  | ATTORNEYS FOR MIRACLE-EAR, INC. |
| Dated: March 15, 2021 | /s/ Erin L. Hoffman<br>Erin L. Hoffman<br>Bar Number 0387835<br>Nathan A. Brennaman<br>Bar Number 0331776<br>Thomas K. Pryor<br>Bar Number 0396209<br>Attorneys for Defendant<br>*Miracle-Ear, Inc.*<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>erin.hoffman@faegredrinker.com<br>nate.brennaman@faegredrinker.com |
|  | ATTORNEYS FOR PLAINTIFFS |
| Dated: March 15, 2021 | /s/ Anthony Paronich<br>Catherine K. Smith #353723<br>Daniel E. Gustafson #202241<br>Raina C. Borrelli #392127<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>csmith@gustafsongluek.com<br>dgustafson@gustafsongluek.com<br>rborrelli@gustafsongluek.com<br><br>Anthony I. Paronich<br>(*Pro Hac Vice Admission*) |

2

PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

Samuel J. Strauss
TURKE & STRAUSS LLP
936 N. 34th Street, Suite 300
Seattle, WA 98103
Tel: 608-237-1775
sam@turkestrauss.com


ATTORNEYS FOR HEARINGPRO, INC., LAS DAVIS ENTERPRISES, INC, AND TIFFANY DAVIS

Dated: March 15, 2021

/s/ *Lawren Zann*
Beth-Ann E. Krimsky
(*Pro Hac Vice Admission*)
Lawren A. Zann
(*Pro Hac Vice Admission*)
GREENSPOON MARDER LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027
beth-ann.krimsky@gmlaw.com
lawren.zann@gmlaw.com
      -and-
Jennifer L. Olson
Bar No. 0391356
BEST & FLANAGAN LLP
60 South 6th Street, Suite 2700
Minneapolis, MN 55402
Tel: (612) 339-7121
Fax: (612) 339-5897
jolson@bestlaw.com