UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKOFF, on behalf of themselves and other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.,<br><br>Defendants,<br><br>v.<br><br>LAS DAVIS ENTERPRISES, INC., HEARINGPRO, INC., and TIFFANY DAVIS,<br><br>Third-Party Defendants. | Case No. 0:20-cv-01502 (JRT/HB)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

The undersigned attorney hereby notifies the Court and counsel of record that Raina C. Borrelli shall appear as counsel of record for Plaintiffs Mildred Baldwin and Ronald Struckoff in this case.

Dated: May 18, 2021

/s/ Raina C. Borrelli
Raina C. Borrelli (#392127)
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Attorneys for Plaintiffs*