UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF on behalf of themselves and others similarly situated,<br><br>　　Plaintiffs,<br>v.<br><br>HEARINGPRO, INC.<br><br>　　Defendant/Crossclaim-Defendant<br><br>and<br><br>MIRACLE-EAR, INC.<br><br>　　Defendant/Crossclaimant/Third-Party Plaintiff,<br><br>v.<br><br>TIFFANY DAVIS<br><br>　　Third-Party Defendant. | Case No. 20-cv-1502 (JRT/HB)<br><br>**ORDER** |

　　This is before the Court on the Parties' Stipulation to Amend the Court's December 16, 2021 Pretrial Scheduling Order (ECF No. 61) to extend certain deadlines. Based on the files, records, and proceedings herein:

　　**IT IS HEREBY ORDERED THAT:**

　　1.　　The Parties' Stipulation to Amend the Pretrial Scheduling Order is **APPROVED**, as good cause exists to extend certain deadlines, as follows:

2. The September 1, 2021 deadline for the initial phase of fact discovery is extended to September 28, 2021 for the limited purpose of taking the Miracle-Ear, Hall, and McKenzie depositions only; the September 1, 2021 deadline shall remain in place for all other aspects of fact discovery.

3. The September 15, 2021 deadline for non-dispositive motions related to fact discovery is extended to October 12, 2021 for the limited purpose of bringing non-dispositive motions related to the Miracle-Ear, Hall, and McKenzie depositions or to address non-dispositive issues identified as a result of the deposition testimony of Miracle-Ear, Hall, and McKenzie only; the September 15, 2021 deadline shall remain in place for non-dispositive motions related to any other aspects of fact discovery.

4. All other provisions and deadlines set forth in the Pretrial Scheduling Order (ECF No. 61) will remain in effect.

**IT IS SO ORDERED.**

Dated: August 19, 2021   s/*Hildy Bowbeer*_____
HILDY BOWBEER
United States Magistrate Judge