UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN and RONALD STRUCKOFF, on behalf of themselves and other similarly situated,<br><br>　　　　Plaintiffs<br><br>v.<br><br>HEARINGPRO, INC.<br><br>　　　　Defendant/ Crossclaim Defendant<br><br>v.<br><br>MIRACLE-EAR, INC.<br><br>　　　　Defendant/ Crossclaimant/ Third Party Plaintiff,<br><br>v.<br><br>TIFFANY DAVIS.<br><br>　　　　Third Party Defendant. | Case No. 0-20-cv-1502 (JRT/HB)<br><br>**ORDER ON STIPULATION TO MODIFY THE CASE SCHEDULE** |

　　　This is before the Court on the Parties' Stipulation to Modify the Case Schedule in the Court's December 16, 2021 Pretrial Scheduling Order (ECF No. 61) to extend certain deadlines. Based on the files, records, and proceedings herein:

　　　**IT IS HEREBY ORDERED THAT:**

　　　1.　　The Parties' Stipulation to Modify the Case Schedule is **GRANTED**, as good cause exists to extend certain deadlines, as follows:

2. The December 13, 2021 deadline for completing Expert Discovery is extended to **December 22, 2021**.

3. The December 9, 2021 deadline to file the Class Certification Motion is extended to **February 3, 2022**. Defendants' opposition must be filed not more than **thirty-five (35) days after the motion is filed**. Plaintiffs' reply must be filed not more than **fourteen (14) days after the Defendants' opposition is filed**.

4. The March 31, 2022 deadline to file all other dispositive motions is extended to **May 31, 2022**. Briefing on all such dispositive motions shall be in compliance with Local Rule 7.1(c).

5. This case shall be ready for a jury trial by as of **September 1, 2022**.

6. All other terms, provisions, deadlines, and requirements of the Pretrial Scheduling Order (ECF No. 61), as amended (ECF No. 106), shall remain in effect except as specifically modified herein.

**IT IS SO ORDERED.**


Dated: September 21, 2021                     s/*Hildy Bowbeer*_____
                                              HILDY BOWBEER
                                              United States Magistrate Judge