## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MILDRED BALDWIN and RONALD STRUCKHOFF, on behalf of themselves and others similarly situated, | : : : | Civil File No. 0:20-cv-1502 (JRT/HB) |
| Plaintiffs, | : : : | |
| vs. | : : | **JOINT MOTION REGARDING CONTINUED SEALING** |
| HEARINGPRO, INC., | : : | |
| Defendant/Crossclaim-Defendant, | : : | |
| and | : : | |
| MIRACLE-EAR, INC., | : : | |
| Defendant/Crossclaimant/Third-Party Plaintiff, | : : : | |
| vs. | : : | |
| TIFFANY DAVIS | : : | |
| Third-Party Defendant. | : : | |

A Memorandum in Support and exhibit were filed temporarily under seal in the above-captioned matter in connection with Plaintiffs' Motion to Reopen Limited Discovery (Doc. 132). Pursuant to District of Minnesota Local Rule 5.6(d), Plaintiffs and Defendant HearingPro, Inc. submit this Joint Motion Regarding Continued Sealing.

| ECF NO. | DESCRIPTION OF DOCUMENT | MARK "X" IN APPLICABLE COLUMN | | | NONPARTY THAT DESIGNATED CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|---|
| | | Parties Agree Doc Should Remain Sealed | Parties Agree Doc Should be Unsealed | Parties Disagree | | |
| 134 | Sealed Memorandum in Support of [132] Plaintiffs' Motion to Reopen Limited Discovery | | X | | | |
| 137 | Exhibit 8 to Declaration of Raina Borrelli in Support of Plaintiffs' Motion to Reopen Limited Discovery (HP_002081) | X | | | | This document is non-public and designated "Confidential" by HearingPro under the Protective Order in this matter, Doc. 64, because it reflects an agreement between HearingPro and a third-party vendor, which agreement is available neither to HearingPro's competitors nor the general public. As such, HearingPro requests, and Plaintiffs agree, that it should remain sealed. |

Dated:  December 7, 2021    Respectfully submitted,

          */s/ Raina C. Borrelli*
          Samuel J. Strauss, *admitted Pro Hac Vice*
          Raina C. Borrelli (#392127)
          TURKE & STRAUSS LLP
          613 Williamson St., Suite 201
          Madison, WI 53703
          Telephone: (608) 237-1775
          Facsimile: (608) 509-4423
          raina@turkestrauss.com
          sam@turkestrauss.com

          Daniel E. Gustafson (#202241)
          Catherine K. Smith (#353723)
          GUSTAFSON GLUEK PLLC
          Canadian Pacific Plaza
          120 South 6th Street, Suite 2600
          Minneapolis, MN 55402
          Telephone: (612) 333-8844
          dgustafson@gustafsongluek.com
          csmith@gustafsongluek.com

          Anthony I. Paronich, *admitted Pro Hac Vice*
          PARONICH LAW, P.C.
          350 Lincoln St., Suite 2400
          Hingham, MA 02043
          Telephone: (617) 485-0018
          anthony@paronichlaw.com

          *Attorneys for Plaintiffs and Proposed Class*

Dated: December 7, 2021     */s/ Lawren Zann*
          Beth-Ann E. Krimsky
          (*Pro Hac Vice Admission*)
          Lawren A. Zann
          (*Pro Hac Vice Admission*)
          **GREENSPOON MARDER LLP**
          200 East Broward Boulevard, Suite 1800
          Fort Lauderdale, FL 33301
          Tel: (954) 527-2427
          Fax: (954) 333-4027

beth-ann.krimsky@gmlaw.com
lawren.zann@gmlaw.com
          -and-
Jennifer Olson
Bar No. 0391356
**BEST & FLANAGAN LLP**
60 South 6th Street, Suite 2700
Minneapolis, MN 55402
Tel: (612) 339-7121
Fax: (612) 339-5897
jolson@bestlaw.com

*Attorneys for Hearingpro, Inc. and Tiffany Davis*