# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MILDRED BALDWIN and RONALD
STRUCKHOFF, on behalf of themselves
and others similarly situated,

Civil No. 20-cv-1502 (JRT/HB)

       Plaintiffs,

vs.

**ORDER ON JOINT
MOTION REGARDING
CONTINUED SEALING**

HEARINGPRO, INC.,

       Defendant/Crossclaim-Defendant,

and

MIRACLE-EAR, INC.,

       Defendant/Crossclaimant/Third-
       Party Plaintiff,

vs.

TIFFANY DAVIS

       Third-Party Defendant.

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 148),

pursuant to Local Rule 5.6(d), concerning the documents filed under seal in connection

with Plaintiffs' Motion to Reopen Limited Discovery (ECF No. 132).  Having reviewed

the motion and the documents filed under seal, as well as all of the files, records and

proceedings herein,

       **IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 148) is **GRANTED**,

as follows:

1.      The following confidential document filed under seal shall remain sealed
        and the Clerk is directed to keep the following documents sealed:

        ECF No. 137.

2.      The Clerk is directed to unseal the following document 28 days after the
        issuance of this Order unless a timely motion for further consideration is
        filed pursuant to Local Rule 5.6(d)(3):

        ECF No. 134.


Dated:  December 8, 2021                    s/*Hildy Bowbeer*
                                           HILDY BOWBEER
                                           United States Magistrate Judge


2