UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKOFF, STEPHEN BLATT, and MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>Defendants<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>Third-Party Defendants. | Case No. 20-cv-1502 (JRT/HB)<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Federal Rules of Civil Procedure 23 and Local Rule 7.1, Plaintiffs, by and through their undersigned counsel, respectfully move this Court for an Order granting preliminary approval of a class action settlement with Defendants HearingPro, Inc. and Miracle-Ear, Inc. In support of this Motion, Plaintiffs submit a Notice of Hearing, Memorandum of Law, supporting Declarations, Meet and Confer Statement, and a Proposed Order.

WHEREFORE, Plaintiffs request that the Court grants Plaintiffs' motion for Preliminary Approval of Class Action Settlement.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: March 25, 2022 | */s/ Catherine K. Smith* <br> Daniel E. Gustafson (#202241) <br> Catherine K. Smith (#353723) <br> Anthony J. Stauber (#401093) <br> **GUSTAFSON GLUEK PLLC** <br> Canadian Pacific Plaza <br> 120 South 6th Street, Suite 2600 <br> Minneapolis, MN 55402 <br> Telephone: (612) 333-8844 <br> dgustafson@gustafsongluek.com <br> csmith@gustafsongluek.com <br> tstauber@gustafsongluek.com <br><br> Anthony I. Paronich <br> **PARONICH LAW, P.C**. <br> 350 Lincoln St., Suite 2400 <br> Hingham, MA 02043 <br> Telephone: (617) 485-0018 <br> anthony@paronichlaw.com <br><br> Samuel J. Strauss <br> Raina Borrelli <br> **TURKE & STRAUSS LLP** <br> 936 N. 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Telephone: (608) 237-1775 <br> sam@turkestrauss.com <br> raina@turkestrauss.com <br><br> ***ATTORNEYS FOR PLAINTIFFS AND PROPOSED CLASS*** |