# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Mildred Baldwin, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: John R. Tunheim |
| v. | Chief U.S. District Judge |
| Miracle-Ear, Inc., et al., | |
| Defendants. | |

Case No:        20-1502 (JRT/HB)
Date:           April 27, 2022
Deputy:         Heather Arent
Court Reporter: Kristine Mousseau
Courthouse:     Minneapolis
Courtroom:      Video conference
Time Commenced: 3:18 p.m.
Time Concluded: 3:34 p.m.
Time in Court:  16 Minutes

Hearing on:

Plaintiffs' Motion for Preliminary Approval of Settlement [Docket No. 158]

APPEARANCES:

Plaintiff:   Daniel Gustafson, Raina Borrelli
Defendant:   Erin McCann, Nathan Brennaman, Lawren Zann, Kyle Hardwick

PROCEEDINGS:

Motion granted.

**IT IS ORDERED:

☒ Written order forthcoming.

s/Heather Arent
Courtroom Deputy
