UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, and MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>   Defendants<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>   Third-Party Defendants. | Case No. 20-cv-1502 (JRT/BRT)<br><br>**PLAINTIFFS MOTION FOR APPROVAL OF CLASS COUNSEL'S FEES, LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

Pursuant to Federal Rules of Civil Procedure 23 and Local Rule 7.1, Plaintiffs, by and through their undersigned counsel, respectfully move this Court to enter an Order Granting Plaintiffs' Motion for Approval of Class Counsel's Fees, Litigation Expenses, and Class Representative Service Awards. In support of this Motion, Plaintiffs submit a Notice of Hearing, Memorandum of Law, Joint Declaration, Meet and Confer Statement, and a Proposed Order.

WHEREFORE, Plaintiffs request that the Court grants Plaintiffs' Motion for Approval of Class Counsel's Fees, Litigation Expenses, and Class Representative Service Awards.

Respectfully Submitted,

Dated: June 27, 2022

/s/ Catherine K. Smith
Daniel E. Gustafson #202241
Catherine K. Smith #353723
Anthony J. Stauber #401093
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
tstauber@gustafsongluek.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

Samuel J. Strauss
Raina Borrelli
**TURKE & STRAUSS LLP**
936 N. 34th Street, Suite 300
Seattle, WA 98103
Tel: 608-237-1775
sam@turkestrauss.com
raina@turkestrauss.com

*Attorneys for Plaintiffs*