UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, and MICHAEL SERATI on behalf of themselves and other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>Defendants<br>v.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS.<br><br>Third Party-Defendants. | Case No. 0-20-cv-1502 (JRT/BRT)<br><br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS COUNSEL'S FEES, LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**PLEASE TAKE NOTICE** that Plaintiffs bring their Motion for Approval of Class Counsel's Fees, Litigation Expenses, and Class Representative Service Awards before the Honorable John R. Tunheim, Chief District Judge on a date and time to be determined pursuant to D. Minn. Local Rule 7.1 and this Court's Practice Pointers and Preferences.

Dated:  June 27, 2022

Respectfully submitted,

 s/Catherine K. Smith
Daniel E. Gustafson (#202241)
Catherine K. Smith (#353723)
Anthony J. Stauber (#401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600

Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
tstauber@gustafsongluek.com


Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: (508) 221-1510
anthony@paronichlaw.com


Samuel J. Strauss
Raina Borelli (#392127)
**TURKE & STRAUSS LLP**
936 N. 34th Street, Suite 300
Seattle, WA 98103
Tel: 608-237-1775
Sam@turkestrauss.com
Raina @turkestrauss.com

*Plaintiffs' Interim Co-Lead Counsel*