# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, and MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>Defendants<br><br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br>    Third-Party Defendants. | Case No. 0-20-cv-1502 (JRT/BRT)<br><br><br><br>**PLAINTIFFS' MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a), Plaintiffs hereby certify that the counsel for Plaintiffs met and conferred with counsel for Defendants HearingPro Inc. and Miracle Ear, Inc., via email on June 27, 2022, regarding Plaintiffs' Motion for Approval of Class Counsel's Fees, Litigation Expenses, and Class Representative Service Awards. At the meet and confer, Defendants Miracle Ear and HearingPro communicated to Plaintiffs that they take no position on this Motion.

Dated:  June 27, 2022                                  Respectfully submitted,

   /s/Catherine K. Smith
Daniel E. Gustafson (#202241)
Catherine K. Smith (#353723)
Anthony J. Stauber (#401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
tstauber@gustafsongluek.com


Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: (508) 221-1510
anthony@paronichlaw.com


Samuel J. Strauss
Raina C. Borrelli (#392127)
**TURKE & STRAUSS LLP**
936 N. 34th Street, Suite 300
Seattle, WA 98103
Tel: 608-237-1775
Sam@turkestrauss.com
Raina@turkestrauss.com

*Plaintiffs' Interim Co-Lead Counsel*

2