UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, and MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>　　Defendants<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>　　Third-Party Defendants. | Case No. 20-cv-1502 (JRT/BRT) |

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS COUNSEL'S FEES, LITIGATION EXPENSES, AND CLAS REPRESENTATIVE SERVICE AWARDS

This Court has reviewed Plaintiffs' Motion for Approval of Class Counsel's Fees, Litigation Expenses, and Class Representative Service Awards. Plaintiffs have requested that the order on this Motion be consolidated with an Order on Plaintiffs' future motion for final approval of the class settlement.

Based on Plaintiffs' request and in the interest of judicial efficiency, it is hereby **ORDERD** that the Court will issue a consolidated Order on Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Expenses, and Class Representative Service Awards with Plaintiffs' future motion for final approval of the class settlement.

**IT IS SO ORDERED.**

SO ORDERED this ___ day of _____, 2022.

_____
THE HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT COURT