# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, and MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>    Defendants<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br>    Third-Party Defendants. | Case No. 20-cv-1502 (JRT/BRT)<br><br>**PLAINTIFFS MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

    Pursuant to Federal Rules of Civil Procedure 23 and Local Rule 7.1, Plaintiffs, by and through their undersigned counsel, respectfully move this Court to enter an Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement. In support of this Motion, Plaintiffs submit a Notice of Hearing, Memorandum of Law, Declaration of Eric Schachter, Meet and Confer Statement, and a Proposed Order.

    WHEREFORE, Plaintiffs request that the Court grants Plaintiffs' Motion for Final Approval of Class Action Settlement.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: <u>August 23, 2022</u> | */s/ Catherine K. Smith*<br>Daniel E. Gustafson #202241<br>Catherine K. Smith #353723<br>Anthony J. Stauber #401093<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>csmith@gustafsongluek.com<br>tstauber@gustafsongluek.com<br><br>Anthony I. Paronich<br>**PARONICH LAW, P.C.**<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>617-485-0018<br>anthony@paronichlaw.com<br><br>Samuel J. Strauss<br>Raina Borrelli<br>**TURKE & STRAUSS LLP**<br>936 N. 34th Street, Suite 300<br>Seattle, WA 98103<br>Tel: 608-237-1775<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>*Plaintiffs' Interim Co-Lead Counsel* |