UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, AND MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br>    Defendants<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO,INC and TIFFANY DAVIS<br><br>    Third-Party Defendants. | Case No. 20-cv-1502 (JRT/BRT) |

**SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER
RE: NOTICE PROCEDURES AND STATUS OF CLAIMS**

I, Eric Schachter, declare as follows:

1.    I am a Vice President of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. A.B. Data was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.    I submit this declaration as a supplement to my previous Declaration of Eric Schachter Re: Notice Procedures and Status of Claims (ECF No. 182) (the "Initial

1

Declaration") to provide the Court with updated information on requests for exclusion from the Class.

3. The deadline for Settlement Class Members to request to be excluded from the Settlement Class was August 1, 2022. Since the Initial Declaration was executed, A.B. Data has received two additional requests for exclusion. Both of these requests were timely submitted with postmarks prior to the August 1, 2022, deadline. As a result, A.B. Data has now received a total of 21 requests for exclusion. Attached as Exhibit A is report listing each request for exclusion received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of September 2022.

_____
Eric Schachter