UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MILDRED BALDWIN, RONALD STRUCKHOFF, STEPHEN BLATT, and MICHAEL SERATI, on behalf of themselves and others similarly situated,<br><br> Plaintiffs<br><br>vs.<br><br>HEARINGPRO, INC. and MIRACLE-EAR, INC.<br><br> Defendants<br><br>vs.<br><br>LAS DAVIS ENTERPRISES, INC.; HEARINGPRO, INC.; and TIFFANY DAVIS<br><br> Third-Party Defendants. | Case No. 20-cv-1502 (JRT/BRT)<br><br>**PLAINTIFFS' STATEMENT OF CONFIDENTIALITY REGARDING EXHIBIT A TO SUPPLEMENTAL DECLARATION OF ERIC SCHACHTER** |

 Plaintiff in the above-captioned action have filed Exhibit A to the Supplemental Declaration of Eric Schachter re: Notice Procedures and Status of Claims. Pursuant to the Protective Order in this case (ECF No. 64), this document has been designated as "Confidential" in its entirety. Because of these designations, redaction is impracticable.

Dated: September 19, 2022

             Respectfully Submitted,

             <u>*/s/ Catherine K. Smith*</u>
             Daniel E. Gustafson (#202241)
             Catherine K. Smith (#353723)
             Anthony J. Stauber (#401093)
             **GUSTAFSON GLUEK PLLC**

Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
csmith@gustafsongluek.com
tstauber@gustafsongluek.com

Anthony I. Paronich
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

Samuel J. Strauss
Raina Borrelli
**TURKE & STRAUSS LLP**
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone: (608) 237-1775
sam@turkestrauss.com
raina@turkestrauss.com

*Plaintiffs' Interim Co-Lead Counsel*